

# Notice of Service of Process

TV / ALL
Transmittal Number: 17526308
Date Processed: 12/15/2017

| | |
|---|---|
| **Primary Contact:** | Janette Hobson<br>Lowe's Companies, Inc.<br>1000 Lowe's Blvd<br>Mooresville, NC 28117 |
| **Electronic copy provided to:** | David Wiles<br>Bill McCanless<br>Angela Greene<br>Stacey Davidson |
| **Entity:** | Lowe's Home Centers, LLC<br>Entity ID Number  2515365 |
| **Entity Served:** | Lowes Home Centers, LLC |
| **Title of Action:** | Wanda F Murray vs. Lowe's Home Centers, LLC |
| **Document(s) Type:** | Summons/Complaint |
| **Nature of Action:** | Personal Injury |
| **Court/Agency:** | Orangeburg County Court of Common Pleas, South Carolina |
| **Case/Reference No:** | 2017-CP-38-01587 |
| **Jurisdiction Served:** | South Carolina |
| **Date Served on CSC:** | 12/14/2017 |
| **Answer or Appearance Due:** | 30 Days |
| **Originally Served On:** | CSC |
| **How Served:** | Certified Mail |
| **Sender Information:** | Russell A Blanchard<br>803-534-5218 |

Information contained on this transmittal form is for record keeping, notification and forwarding the attached document(s). It does not constitute a legal opinion. The recipient is responsible for interpreting the documents and taking appropriate action.

**To avoid potential delay, please do not send your response to CSC**

251 Little Falls Drive, Wilmington, Delaware 19808-1674   (888) 690-2882   |   sop@cscglobal.com

# WILLIAMS & WILLIAMS
### ATTORNEYS AT LAW

MARSHALL B. WILLIAMS
(1912 - 1995)
CHARLES H. WILLIAMS, II
C. BRADLEY HUTTO
RUSSELL A. BLANCHARD, IV
DAVID R. WILLIAMS
CHARLES H. WILLIAMS, III
VIRGINIA W. WILLIAMS

December 12, 2017

1281 RUSSELL STREET (29115)
Post Office Box 1084
ORANGEBURG, SOUTH CAROLINA 29116-1084
TELEPHONE: (803) 534-5218
FACSIMILE: (803) 536-6544

VIA CERTIFIED MAIL-RESTRICTED DELIVERY

Corporation Service Company
1703 Laurel Street
Columbia, SC 29201

   Re: Wanda F. Murray
     Date of Incident: December 11, 2014
     File No: 30143187797-0001

Dear Sir or Madam:

Enclosed and served upon you by certified mail, restricted delivery, please find the Summons and Complaint in the above matter along with a Certificate of Service.

If you have any questions, do not hesitate to contact me.

         Kind Regards,

         Russell A. Blanchard, IV

RAB/kcs
Enclosures

| | |
|---|---|
| STATE OF SOUTH CAROLINA ) | IN THE COURT OF COMMON PLEAS |
| COUNTY OF ORANGEBURG ) | |
| WANDA F. MURRAY ) | CIVIL ACTION COVERSHEET |
| Plaintiff(s) ) | 2017-CP-38-01587 |
| vs. ) | |
| LOWE'S HOME CENTER, LLC ) | |
| Defendant(s) ) | |

Submitted By: RUSSELL A. BLANCHARD, IV
Address: PO Box 1084, Orangeburg, SC 29116-1084

SC Bar #: 76369
Telephone #: 803-534-5218
Fax #: 803-536-6298
Other:
E-mail: blanchardra@williamsattys.com

NOTE: The coversheet and information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law. This form is required for the use of the Clerk of Court for the purpose of docketing. It must be filled out completely, signed, and dated. A copy of this coversheet must be served on the defendant(s) along with the Summons and Complaint.

## DOCKETING INFORMATION (Check all that apply)
*If Action is Judgment/Settlement do not complete*

[X] JURY TRIAL demanded in complaint.    [ ] NON-JURY TRIAL demanded in complaint.
[ ] This case is subject to ARBITRATION pursuant to the Court Annexed Alternative Dispute Resolution Rules.
[ ] This case is subject to MEDIATION pursuant to the Court Annexed Alternative Dispute Resolution Rules.
[ ] This case is exempt from ADR. (Proof of ADR/Exemption Attached)

## NATURE OF ACTION (Check One Box Below)

| Contracts | Torts - Professional Malpractice | Torts – Personal Injury | Real Property |
|---|---|---|---|
| [ ] Constructions (100) | [ ] Dental Malpractice (200) | [ ] Conversion (310) | [ ] Claim & Delivery (400) |
| [ ] Debt Collection (110) | [ ] Legal Malpractice (210) | [ ] Motor Vehicle Accident (320) | [ ] Condemnation (410) |
| [ ] General (130) | [ ] Medical Malpractice (220) | [ ] Premises Liability (330) | [ ] Foreclosure (420) |
| [ ] Breach of Contract (140) | Previous Notice of Intent Case # | [ ] Products Liability (340) | [ ] Mechanic's Lien (430) |
| [ ] Fraud/Bad Faith (150) | 20___-NI-___-___ | [X] Personal Injury (350) | [ ] Partition (440) |
| [ ] Failure to Deliver/ Warranty (160) | [ ] Notice/ File Med Mal (230) | [ ] Wrongful Death (360) | [ ] Possession (450) |
| [ ] Employment Discrim (170) | [ ] Other (299) _____ | [ ] Assault/Battery (370) | [ ] Building Code Violation (460) |
| [ ] Employment (180) | | [ ] Slander/Libel (380) | [ ] Other (499) _____ |
| [ ] Other (199) _____ | | [ ] Other (399) _____ | |

| Inmate Petitions | Administrative Law/Relief | Judgments/Settlements | Appeals |
|---|---|---|---|
| [ ] PCR (500) | [ ] Reinstate Drv. License (800) | [ ] Death Settlement (700) | [ ] Arbitration (900) |
| [ ] Mandamus (520) | [ ] Judicial Review (810) | [ ] Foreign Judgment (710) | [ ] Magistrate-Civil (910) |
| [ ] Habeas Corpus (530) | [ ] Relief (820) | [ ] Magistrate's Judgment (720) | [ ] Magistrate-Criminal (920) |
| [ ] Other (599) _____ | [ ] Permanent Injunction (830) | [ ] Minor Settlement (730) | [ ] Municipal (930) |
| | [ ] Forfeiture-Petition (840) | [ ] Transcript Judgment (740) | [ ] Probate Court (940) |
| | [ ] Forfeiture—Consent Order (850) | [ ] Lis Pendens (750) | [ ] SCDOT (950) |
| | [ ] Other (899) _____ | [ ] Transfer of Structured Settlement Payment Rights Application (760) | [ ] Worker's Comp (960) |
| | | | [ ] Zoning Board (970) |
| | | [ ] Confession of Judgment (770) | [ ] Public Service Comm. (990) |
| | | [ ] Petition for Workers Compensation Settlement Approval (780) | [ ] Employment Security Comm (991) |

| Special/Complex /Other | | | |
|---|---|---|---|
| [ ] Environmental (600) | [ ] Pharmaceuticals (630) | [ ] Other (799) _____ | [ ] Other (999) _____ |
| [ ] Automobile Arb. (610) | [ ] Unfair Trade Practices (640) | | |
| [ ] Medical (620) | [ ] Out-of State Depositions (650) | | |
| [ ] Other (699) _____ | [ ] Motion to Quash Subpoena in an Out-of-County Action (660) | | |
| [ ] Sexual Predator (510) | [ ] Pre-Suit Discovery (670) | | |

Submitting Party Signature: /s/ _____

ATTEST: TRUE COPY
_____
Date: December 5, 2017
CLERK OF COURT
ORANGEBURG COUNTY, SC

**Note:** Frivolous civil proceedings may be subject to sanctions pursuant to SCRCP, Rule 11, and the South Carolina Frivolous Civil Proceedings Sanctions Act, S.C. Code Ann. §15-36-10 et. seq.

SCCA / 234 (12/2015)                                                                 Page 1 of 2

**Effective January 1, 2016,** Alternative Dispute Resolution (ADR) is mandatory in all counties, pursuant to Supreme Court Order dated November 12, 2015.

SUPREME COURT RULES REQUIRE THE SUBMISSION OF ALL CIVIL CASES TO AN ALTERNATIVE DISPUTE RESOLUTION PROCESS, UNLESS OTHERWISE EXEMPT.

**Pursuant to the ADR Rules, you are required to take the following action(s):**

1. The parties shall select a neutral and file a "Proof of ADR" form on or by the 210th day of the filing of this action. If the parties have not selected a neutral within 210 days, the Clerk of Court shall then appoint a primary and secondary mediator from the current roster on a rotating basis from among those mediators agreeing to accept cases in the county in which the action has been filed.

2. The initial ADR conference must be held within 300 days after the filing of the action.

3. Pre-suit medical malpractice mediations required by S.C. Code §15-79-125 shall be held not later than 120 days after all defendants are served with the "Notice of Intent to File Suit" or as the court directs.

4. Cases are exempt from ADR only upon the following grounds:

    a. Special proceeding, or actions seeking extraordinary relief such as mandamus, habeas corpus, or prohibition;

    b. Requests for temporary relief;

    c. Appeals

    d. Post Conviction relief matters;

    e. Contempt of Court proceedings;

    f. Forfeiture proceedings brought by governmental entities;

    g. Mortgage foreclosures; and

    h. Cases that have been previously subjected to an ADR conference, unless otherwise required by Rule 3 or by statute.

5. In cases not subject to ADR, the Chief Judge for Administrative Purposes, upon the motion of the court or of any party, may order a case to mediation.

6. Motion of a party to be exempt from payment of neutral fees due to indigency should be filed with the Court within ten (10) days after the ADR conference has been concluded.

Please Note:   **You must comply with the Supreme Court Rules regarding ADR.**
              **Failure to do so may affect your case or may result in sanctions.**

| STATE OF SOUTH CAROLINA | ) | IN THE COURT OF COMMON PLEAS |
|---|---|---|
| COUNTY OF ORANGEBURG | ) | C/A #2017-CP-38-01587 |
| Wanda F. Murray, | ) | |
| PLAINTIFF, | ) | |
| vs. | ) | S U M M O N S |
| | ) | (Jury Trial Demanded) |
| Lowe's Home Centers, LLC, | ) | |
| DEFENDANT. | ) | |

TO: THE DEFENDANT ABOVE NAMED:

YOU ARE HEREBY SUMMONED and required to answer the Complaint in this action, a copy of which is herewith served upon you, and to serve a copy of your Answer to the said Complaint on the subscriber at his office, within thirty (30) days after the service hereof, exclusive of the day of such service, and if you fail to answer the Complaint within the time aforesaid, judgment by default will be rendered against you for the relief demanded in the Complaint.

December 5, 2017

Russell A. Blanchard IV, Esquire
WILLIAMS & WILLIAMS
Post Office Box 1084
Orangeburg, South Carolina 29116
(803) 534-5218

Orangeburg, South Carolina                ATTORNEYS FOR PLAINTIFF

ATTEST: TRUE COPY
Winnifa B Clark
CLERK OF COURT
ORANGEBURG COUNTY, SC

| | |
|---|---|
| STATE OF SOUTH CAROLINA ) | IN THE COURT OF COMMON PLEAS |
| ) | FIRST JUDICIAL CIRCUIT |
| COUNTY OF ORANGEBURG ) | C/A NO.: 2017-CP-38-01587 |
| ) | |
| WANDA F. MURRAY, ) | |
| ) | |
| Plaintiff, ) | **COMPLAINT** |
| ) | |
| LOWE'S HOME CENTERS, LLC, ) | |
| ) | |
| Defendant. ) | |

THE PLAINTIFF, COMPLAINING OF THE DEFENDANT HEREIN, WOULD RESPECTFULLY SHOW UNTO THIS COURT:

1) That the Plaintiff is a citizen and resident of the County of Orangeburg, State of South Carolina.

2) That the Defendant Lowe's Home Centers, LLC is, and at all times hereinafter mentioned was, a corporation duly organized and existing under the laws of one of the fifty (50) states and is authorized to do business in South Carolina, with one of its principal places of business being located in the County of Orangeburg, State of South Carolina.

3) That on or about December 11, 2014, the Plaintiff was lawfully in the parking lot of the Lowe's Home Improvement store number 0559, located on North Road in Orangeburg, South Carolina, as a customer of the Defendant.

4) After Plaintiff returned her cart to the area where carts where located at the store, the cart rolled back into Plaintiff, which caused her to lose her balance and fall to the ground resulting in significant and permanent injuries.

5) That as a result of the Defendant's negligence, carelessness, recklessness, willfulness, wantonness, and gross negligence, the Plaintiff received serious and permanent injuries, causing her to be under the care of a doctor, to incur medical expenses, and to

ATTEST TRUE COPY
Winnifa B Clark
CLERK OF COURT
ORANGEBURG COUNTY, SC

experience severe pain; that the Plaintiff has suffered serious injuries and will in the future experience pain and suffering, and she will incur future medical bills.

6) That the Defendant Lowe's Home Centers, LLC was negligent, careless, reckless, willful, wanton, and grossly negligent, in the following particulars:

    a) In violating the duty of due care to the invitee to take safety precautions to warn of foreseeable unreasonable risks;

    b) In failing to take reasonable care to know the actual conditions prevailing at the time the invitee is on the premises and failing to make those conditions safe;

    c) In violating the Plaintiff's implied assurance of preparation and reasonable care for her protection and safety while on the premises;

    d) In violating the duty of due care to the invitee to take safety precautions to warn of foreseeable unreasonable risks;

    e) In failing to properly train and supervise its employees;

    f) In permitting and allowing the carts to remain in the wrong area;

    g) In failing to properly train and supervise; and

    h) In such other ways as the evidence presented at trial may demonstrate.

7) That the Plaintiff is informed and believes that she is entitled to judgment against the Defendant which would adequately compensate her for her injuries and damages, as well as reasonable punitive damages as determined by the trier of fact.

WHEREFORE, the Plaintiff prays for judgment against the Defendant for actual damages and punitive damages in an amount determined by the trier of fact and for such other and further relief as this Court may deem just and appropriate.

_____
Russell A. Blanchard, IV
WILLIAMS & WILLIAMS
1281 Russell Street (29115)
Post Office Box 1084
Orangeburg, South Carolina 29116
Tel: 803.534.5218
Fax: 803.536.6298
Email:: blanchardra@williamsattys.com

ATTORNEYS FOR PLAINTIFF

December 5, 2017

Orangeburg, South Carolina

| | |
|---|---|
| STATE OF SOUTH CAROLINA ) | IN THE COURT OF COMMON PLEAS |
| ) | |
| COUNTY OF ORANGEBURG ) | Case No.: |
| ) | 2017-CP-38-01587 |
| Wanda F. Murary ) | |
| ) | |
| Plaintiff, ) | |
| ) | **CERTIFICATE AND PROOF OF SERVICE** |
| vs. ) | **BY MAIL** |
| ) | |
| Lowe's Home Centers, LLC ) | |
| ) | |
| Defendant(s). ) | |

I, Kaitlin C. Shuler, paralegal to Russell A. Blanchard, IV of the firm of WILLIAMS AND WILLIAMS, attorney for Plaintiff, Wanda F. Murray, individually, in the above-styled case, do hereby certify that I have served said **SUMMONS & COMPLAINT**, on Corporation Service Company, Registered Agent for Defendant Lowe's Home Centers, LLC, dated December 5, 2017, by depositing said paper(s) in the United States Mail, by certified mail, return-receipt requested, and delivery restricted to the person(s) at the address indicated below.

Corporation Service Company
1703 Laurel Street
Columbia, SC 29201

                                                            Kaitlin C. Shuler
                                                            Russell A. Blanchard, IV, Esquire
                                                            WILLIAMS & WILLIAMS
                                                             1281 Russell Street (29115)
                                                             Post Office Box 1084
                                                             Orangeburg, South Carolina 29116

December 12, 2017                        Tel: 803.534.5218
                                                            Fax: 803.536.6298
Orangeburg, South Carolina          Email: kshuler@williamsattys.com

**WILLIAMS & WILLIAMS**

ATTORNEYS AT LAW
P.O. BOX 1084
ORANGEBURG, S.C. 29116-1084



7016 3560 0000 2991 9572

Hasler
12/12/2017
US POSTAGE $011.72⁰

FIRST-CLASS MAIL



ZIP 29115
011E11675442

RESTRICTED
DELIVERY

VIA CERTIFIED MAIL-RESTRICTED DELIVERY
Corporation Service Company
1703 Laurel Street
Columbia, SC 29201

29201-266074